UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division
In Admiralty

| | |
|---|---|
| **TROY D. DWYER, derivatively on Behalf of Quinby Allie, LLC and Bella Sky, LLC,** and<br><br>**TROY D. DWYER, individually,**<br><br>PLAINTIFFS,<br><br>v.<br><br>**L.D. AMORY AND COMPANY, INCORPORATED, QUINBY J. AMORY, C. MEADE AMORY, QUINBY ALLIE, LLC and BELLA SKY, LLC,**<br><br>DEFENDANTS. | Civil Action No. 4:21-cv-37 |

## UNOPPOSED MOTION TO SUBSTITUTE COUNSEL

Mr. Jason E. Ohana, Esq., the undersigned attorney for Plaintiffs Troy D. Dwyer, derivatively on Behalf of Quinby Allie, LLC and Bella Sky, LLC, and Troy D. Dwyer, individually ("Mr. Dwyer"), hereby moves, pursuant to Local Civil Rule 83.1, to withdraw as counsel. In his place, Mr. Dwyer requests that Ms. Julia A. Rust, Esq., Pierce McCoy, PLLC, 101 West Main Street, Suite 101, Norfolk, Virginia, 23510, (757) 216-0226 (t), (757) 257-0387 (f), julia@piercemccoy.com, be substituted as counsel. Ms. Rust is admitted to practice before this Court. Her Virginia State Bar membership number is 87270.

It is not anticipated that the substitution of counsel will result in any delay in this matter.

Respectfully submitted,

**TROY D. DWYER, derivatively
on Behalf of Quinby Allie, LLC
and Bella Sky, LLC, and
TROY D. DWYER, individually**

By: /s/ *Jason E. Ohana*
Jason E. Ohana (VSB No. 82485)
Counsel for Plaintiffs
Willcox & Savage, P.C.
Wells Fargo Center
440 Monticello Ave., Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
johana@wilsav.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for Defendants:

Cyrus Wiley Grandy, Esq.
James L. Chapman, IV, Esq.
Crenshaw Ware & Martin, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
cwgrandy@cwm-law.com
jchapman@cwm-law.com
*Counsel for L.D. Amory and Company, Incorporated and Quinby J. Amory*

Nicholas R. Hobbs, Esq.
Robert P. Stenzhorn, Esq.
Michael B. Ware, Esq.
Schempf & Ware, PLLC
4000 George Washington Memorial Highway
Yorktown, VA 23692
Telephone: (757) 240-4000
Facsimile: (757) 240-4001
nhobbs@4000law.com
rstenzhorn@4000law.com
mware@4000law.com
*Counsel for C. Meade Amory*

Case 4:21-cv-00037-AWA-RJK   Document 52   Filed 08/18/22   Page 3 of 3 PageID# 802

By: /s/ *Jason E. Ohana*
Jason E. Ohana (VSB No. 82485)
Counsel for Plaintiffs
Willcox & Savage, P.C.
Wells Fargo Center
440 Monticello Ave., Suite 2200
Norfolk, VA 23510
Telephone: (757) 628-5500
Facsimile: (757) 628-5566
johana@wilsav.com