UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| TROY D. DWYER, derivatively on Behalf of Quinby Allie, LLC and Bella Sky, LLC, *et. al.*,<br><br>Plaintiffs,<br><br>v.<br><br>L.D. AMORY AND COMPANY, INCORPORATED, *et al.*,<br><br>Defendants. | Civil No. 4:21cv37 |

## ORDER

Pending before the Court is an Unopposed Motion to Substitute Counsel (the "Motion") submitted by Jason E. Ohana, counsel for Plaintiffs Troy D. Dwyer, derivatively on Behalf of Quinby Allie, LLC and Bella Sky, LLC, and Troy D. Dwyer, individually. ECF No. 52. Plaintiffs request that Ms. Julia A. Rust of Pierce McCoy PLLC be substituted as counsel. Upon due consideration and for good cause shown, the Motion is **GRANTED**. Mr. Ohana is relieved from further representation of Plaintiffs.

Ms. Rust is **ORDERED** to enter an appearance in this matter. The Clerk is **REQUESTED** to forward a copy of this Order to Mr. Ohana and all counsel of record.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

August 19, 2022
Norfolk, Virginia