UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division
In Admiralty

| | |
|---|---|
| TROY D. DWYER, derivatively on Behalf of Quinby Allie, LLC and Bella Sky, LLC, and<br><br>TROY D. DWYER, individually,<br><br>   PLAINTIFFS,<br><br> v.<br><br>L.D. AMORY AND COMPANY, INCORPORATED, QUINBY J. AMORY, C. MEADE AMORY, QUINBY ALLIE, LLC and BELLA SKY, LLC,<br><br>   DEFENDANTS. | Civil Action No. 4:21-cv-37 |

## NOTICE OF APPEARANCE

COMES NOW Julia A. Rust, Esq. of the law firm Pierce McCoy, PLLC to enter her appearance as counsel of record for the Plaintiffs, Troy D. Dwyer, individually and derivatively on behalf of Quinby Allie, LLC and Bella Sky, LLC, in the above captioned matter.

                Respectfully submitted,

                **TROY D. DWYER, derivatively on**
                **Behalf of Quinby Allie, LLC and Bella**
                **Sky, LLC, and**
                **TROY D. DWYER, individually**

                By:  /s/ *Julia A. Rust*
                   Of Counsel

Julia A. Rust, Esq. (VSB No.: 87270)
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101

Norfolk, Virginia 23510
Telephone: (757) 216-0226
Facsimile: (757) 257-0387
julia@piercemccoy.com
*Counsel for Plaintiffs*

### Certificate of Service

I hereby certify that on this 19th day of August 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Cyrus Wiley Grandy, Esq.
James L. Chapman, IV, Esq.
Crenshaw Ware & Martin, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
cwgrandy@cwm-law.com
jchapman@cwm-law.com
*Counsel for L.D. Amory and Company, Inc. and Quinby J. Amory*

Nicholas R. Hobbs, Esq.
Robert P. Stenzhorn, Esq.
Michael B. Ware, Esq.
Schempf & Ware, PLLC
4000 George Washington Memorial Hwy
Yorktown, VA 23692
Telephone: (757) 240-4000
Facsimile: (757) 240-4001
nhobbs@4000law.com
rstenzhorn@4000law.com
mware@4000law.com
*Counsel for C. Meade Amory*

            /s/ *Julia A. Rust*
            Julia A. Rust, Esq.