IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

**TROY D. DWYER,**

    Plaintiff,

v.                                                CIVIL NO.: 4:21-CV-00037-AWA-RJK

**C. MEADE AMORY**, et als,

    Co-defendant.

## UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Robert P. Stenzhorn, Esq., the undersigned attorney for co-defendant and counterclaim plaintiff C. Meade Amory, individually, and derivatively for Quinby Allie, LLC., and Bella Sky, LLC., hereby moves this Honorable Court, pursuant to Local Civil Rule 83.1(G), to withdraw *individually* as counsel due to his pending firm change.

Attorneys Michael B. Ware and Nicholas R. Hobbs, and the firm of Schempf & Ware, PLLC., remain as counsel in the matter. The withdrawal is requested for good cause and in good faith. Further, it is not anticipated that the substitution of counsel will result in any hinderance or delay in this matter.

Dated: August 22, 2022                            Respectfully submitted,
                                                                          **C. Meade Amory**

                                                                          By: /s/ *Robert P. Stenzhorn*

Robert P. Stenzhorn, Esq.; VSB No.: 71484
SCHEMPF & WARE, PLLC
4000 George Washington Memorial Highway
Yorktown, VA  23692-2724
(757) 240-4000  Telephone
(757) 240-4001  Facsimile
Email: rstenzhorn@4000law.com
*Counsel for individual co-defendant C. Meade Amory*

1

## CERTIFICATE OF SERVICE

I hereby certify that on the twenty-second day of August 2022, I will electronically file the foregoing pleading with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following CM/ECF participant(s):

Cyrus Wiley Grandy, Esq.
James L. Chapman, IV, Esq.
CRENSHAW WARE & MARTIN, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
cwgrandy@cwm-law.com
jchapman@cwm-law.com
*Counsel for L.D. Amory and Company, Incorporated and Quinby J. Amory*

Julia A. Rust, Esq
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone: (757) 216-0226
Facsimile: (757) 257-0387
julia@piercemccoy.com
*Counsel for Plaintiff*

By: /s/ *Robert P. Stenzhorn*

Robert P. Stenzhorn, Esq.; VSB No.: 71484
SCHEMPF & WARE, PLLC
4000 George Washington Memorial Hwy
Yorktown, VA  23692-2724
(757) 240-4000  Telephone
(757) 240-4001  Facsimile
Email: rstenzhorn@4000law.com