UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| TROY D. DWYER, derivatively on Behalf of Quinby Allie, LLC and Bella Sky, LLC, *et. al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>L.D. AMORY AND COMPANY, INCORPORATED, *et al.*,<br><br>    Defendants. | Civil No. 4:21cv37 |

## ORDER

Pending before the Court is an Unopposed Motion for Withdrawal of Counsel (the "Motion") submitted by Robert P. Stenzhorn, counsel for Defendant and Counterclaim Plaintiff C. Meade Amory, individually, and derivatively for Quinby Allie, LLC and Bella Sky, LLC. ECF No. 52. Mr. Stenzhorn will be moving to another firm. Attorneys Michael B. Ware and Nicholas R. Hobbs of Schempf & Ware, PLLC remain as counsel in the matter. Upon due consideration and for good cause shown, it is hereby **ORDERED** that the Motion is **GRANTED**. Mr. Stenzhorn is relieved from further representation of the above-referenced parties. The Clerk is **REQUESTED** to forward a copy of this Order to Mr. Robert P. Stenzhorn and all counsel of record.

    **IT IS SO ORDERED.**

                                                          /s/
                                          Arenda L. Wright Allen
                                       United States District Judge

August 23, 2022
Norfolk, Virginia