IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

| | |
|---|---|
| **TROY D. DWYER,** *et al.* | |
| **Plaintiffs,** | |
| v. | Civil No: 4:21-cv-37 |
| **L.D. AMORY AND COMPANY, INCORPORATED,** *et al.* | |
| **Defendants.** | |

### NOTICE TO COURT

Defendants L.D. Amory and Company, Inc. and Quinby J. Amory, by counsel, give notice that Plaintiff Troy D. Dwyer and co-Defendant C. Meade Amory, by counsel, do not oppose the admission *pro hac vice* of Mary Elisa Reeves, Esq., with the law firm of Reeves McEwing LLP, 1004 S. Front Street, Philadelphia, Pennsylvania 19147, as their counsel in this action.

Dated:  August 24, 2022

**L.D. AMORY AND COMPANY, INC., and QUINBY J. AMORY**

By  */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
C. Wiley Grandy, VSB No. 82154
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, VA 23510
Tel: (757) 623-3000
Fax: (757) 623-5735
jchapman@cwm-law.com
cwgrandy@cwm-law.com
*Counsel for Defendants L.D. Amory and Company, Incorporated and Quinby J. Amory*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2022, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel or record.

                                                 */s/ James L. Chapman, IV*
James L. Chapman, IV, VSB No. 21983
C. Wiley Grandy, VSB No. 82154
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, VA 23510
Tel: (757) 623-3000
Fax: (757) 623-5735
jchapman@cwm-law.com
cwgrandy@cwm-law.com
*Counsel for Defendants L.D. Amory and Company, Incorporated and Quinby J. Amory*