# EXHIBIT 1

**From:** Cynthia Triplett <cynthia@amoryseafood.com>
**Sent:** Thursday, March 25, 2021 1:29:51 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** 'troy dwyer' <troyddwyer@gmail.com>; Meade Amory <meade@amoryseafood.com>
**Cc:** Mike Ware <mware@4000law.com>; Kirby Aarsheim <kaarsheim@fsofirm.com>; Marissa M. Henderson <mhenderson@ventkerlaw.com>; David N. Ventker <dventker@ventkerlaw.com>; 'McEwing, Brian' <mcewing@lawofsea.com>; 'Patrick Brogan' <pbrogan@daveybroganpc.com>
**Subject:** Liens on Boat

Troy/Meade,

With respect to the debt owed to L.D. Amory & Company, Inc., attached you will find liens that have been filed against the titles of F/V Quinby Allie and F/V Bella Sky. This information has been recorded by the US Coast Guard and has been sent to BB&T Bank.

This action creates a default on the ship mortgages and you are now subject to foreclosure. I would suggest that you immediately come forth with a solution on selling the boats.

Yours truly,

*Cynthia L. Triplett, Controller*
L.D. Amory & Company, Inc.
101 S. King Street
Hampton, VA 23669
757.722.1915 Office / 757.723.1194 Fax
cynthia@amoryseafood.com

**EXHIBIT J**

Dwyer 1540



**Mary E. Reeves, Esquire**
reeves@lawofsea.com
**Brian McEwing, Esquire**
McEwing@lawofsea.com
**Reply To Dorchester**

10 Andrews La., PO BOX 599
Dorchester, NJ 08316
Tele: 609-846-4717
Fax: 609-884-4378

March 23, 2021

*Via Return Receipt*

BB&T
737 J. Clyde Morris Blvd.
Newport News, VA 23601-1538

Dear Sir or Madam:

    Enclosed please find filed Notice of Claim of Lien for the F/V BELLA SKY and F/V QUINBY ALLIE.

                                        Very truly yours,

                                        Brian McEwing

Enclosures

Cc:    Quinby Allie LLC (via Return Receipt)
         Bella Sky LLC (via Return Receipt)

---

**WWW.LAWOFSEA.COM**

Philadelphia Office: 1004 S. Front Street, Philadelphia, PA 19147 Tele: 267-324-3773 Fax: 267-519-9463

Dwyer 1541

EMAILED Batch #: 87262600 / Doc #: 6 / File Date: 2/24/2021 11:29:00 AM

## NOTICE OF CLAIM OF LIEN

The following instrument is a Notice of Claim against the vessel **BELLA SKY** Official Number **580932**.

The vessel is owned by **BELLA SKY, LLC,** whose address is 101 S. King St., Hampton, VA 23669.

The Claim of Lien is made by **L.D. AMORY & COMPANY, INC.,** whose address is 101 S. King St., Hampton, VA 23669.

The lien is claimed to secure payment for necessaries provided to **BELLA SKY**. The lien arose on multiple dates, beginning on July 31, 2014. THROUGH 1/31/21

The amount claimed under this lien is **$501,567.43** with interest accruing and costs sustained.

There is one preferred mortgage on the **BELLA SKY**, granted by **BRANCH BANKING AND TRUST COMPANY** whose address is 737 J Clyde Morris Blvd., Newport News, VA 23601-1538 in the amount of **$499,175.00** filed on April 6, 2017 at 4:05:00 p.m. at Batch No.: 43210500, with Doc ID No.: 6 filed with The Department of Homeland Security - U.S. Coast Guard National Documentation Center.

Copies of this Notice have been sent to **BELLA SKY, LLC** and **BRANCH BANKING AND TRUST COMPANY** by Certified Mail Return Receipt to both addresses noted above.

This Notice of Claim of Lien was executed on the 19th day of February 2021.

I CERTIFY that the information contained in this Notice of Claim of Lien is true and correct to the best knowledge, information and belief.

Quinby J. Amory, President
L. D. Amory & Company, Inc.

STATE OF VIRGINIA:
                                        ss
CITY OF HAMPTON:

On the 19th day of February, 2021, before me the subscriber, a notary public of the State of Virginia, personally appeared Quinby J. Amory, known to me to be the person mentioned in this Notice of Claim of Lien, who stated that he/she fully understands the meaning and effect of this Notice of Claim of Lien, that he/she is authorized to execute this document on behalf of L. D. Amory & Company, Inc.; that all averments made in this Notice of Claim of Lien are true and correct; and who voluntarily executed this document in my presence, acknowledging it as his/her act and deed, and expressed his/her desire that it be recorded as such.

WITNESS MY HAND AND SEAL THE DAY AND YEAR AFORESAID

Feb 19, 2021

Donna M Ridgl

Dwyer 1542



**Mary E. Reeves, Esquire**
reeves@lawofsea.com
**Brian McEwing, Esquire**
McEwing@lawofsea.com
**Reply To Dorchester**

10 Andrews La., PO BOX 599
Dorchester, NJ 08316
Tele: 609-846-4717
Fax: 609-884-4378

March 23, 2021

***Via Return Receipt***

BB&T
737 J. Clyde Morris Blvd.
Newport News, VA 23601-1538

Dear Sir or Madam:

    Enclosed please find filed Notice of Claim of Lien for the F/V BELLA SKY and F/V QUINBY ALLIE.

                            Very truly yours,

                              Brian McEwing

Enclosures

Cc:    Quinby Allie LLC (via Return Receipt)
         Bella Sky LLC (via Return Receipt)

---

**WWW.LAWOFSEA.COM**

**Philadelphia Office: 1004 S. Front Street, Philadelphia, PA 19147 Tele: 267-324-3773 Fax: 267-519-9463**

EMAILED Batch #: 87262600 / Doc #: 2 / File Date: 2/24/2021 11:29:00 AM

### NOTICE OF CLAIM OF LIEN

The following instrument is a Notice of Claim against the vessel **QUINBY ALLIE** Official Number **507438**.

The vessel is owned by **QUINBY ALIE, LLC,** whose address is 101 S. King St., Hampton, VA 23669.

The Claim of Lien is made by **L.D. AMORY & COMPANY, INC.,** whose address is 101 S. King St., Hampton, VA 23669.

The lien is claimed to secure payment for <u>necessaries</u> provided to **QUINBY ALLIE**. The lien arose on multiple dates, beginning on **September 21, 2012** THROUGH 1/31/21.

The amount claimed under this lien is **$591,131.80** with interest accruing and costs sustained.

There is one preferred mortgage on the **QUINBY ALLIE,** granted by **BRANCH BANKING AND TRUST COMPANY** whose address is 737 J Clyde Morris Blvd., Newport News, VA 23601-1538 in the amount of **$875,000.00** filed on June 13, 2019 at 3:35:00 p.m., in Batch No.: 63828300, with Doc ID No.: 7 filed with The Department of Homeland Security - U.S. Coast Guard National Documentation Center.

Copies of this Notice have been sent to **QUINBY ALLIE, LLC** and **BRANCH BANKING AND TRUST COMPANY** by Certified Mail Return Receipt to both addresses noted above.

This Notice of Claim of Lien was executed on the 19th day of February 2021.

I CERTIFY that the information contained in this Notice of Claim of Lien is true and correct to the best knowledge, information and belief.

_____
Quinby J. Amory, President
L. D. Amory & Company, Inc.

STATE OF VIRGINIA:
                   ss
CITY OF HAMPTON:

On the 19th day of February, 2021, before me the subscriber, a notary public of the State of Virginia, personally appeared Quinby J. Amory, known to me to be the person mentioned in this Notice of Claim of Lien, who stated that he/she fully understands the meaning and effect of this Notice of Claim of Lien, that he/she is authorized to execute this document on behalf of L. D. Amory & Company, Inc.; that all averments made in this Notice of Claim of Lien are true and correct; and who voluntarily executed this document in my presence, acknowledging it as his/her act and deed, and expressed his/her desire that it be recorded as such.

WITNESS MY HAND AND SEAL THE DAY AND YEAR AFORESAID

Feb 19, 2021
Donna M Ridge

July 31, 2021

Dwyer 1544