**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Newport News Division**

**TROY D. DWYER,**

     Plaintiff,

v.                            CIVIL NO.:  4:21-CV-00037-AWA-RJK

**C. MEADE AMORY**, et als,

     Defendants.

## DEFENDANT C. MEADE AMORY'S MOTION TO JOIN AND ADOPT CO-DEFENDANT L.D. AMORY AND COMPANY, INCORPORATED, AND QUINBY J. AMORY'S OPPOSITION TO PLAINTIFF'S AMENDED COMPLAINT

Defendant C. Meade Amory, by and through undersigned counsel, pursuant to Rule 12 of the Federal Rules of Civil Procedure, moves the Court to join and adopt the Motion and Memorandum of Co-Defendant L.D. Amory and Company, Incorporated, and Quinby J. Amory's Motion in Opposition to Plaintiff's Motion to Amend their Complaint, previously filed by counsel for the Co-Defendant as ECF Doc. 65, as this motion relates to similar counts against Defendant C. Meade Amory.

WHEREFORE, Defendant C. Meade Amory moves the Court to **DENY** Plaintiff's Motion for Leave to Amend the Complaint as Plaintiff's new claims were known to them at the time of the filing of the original Complaint and cannot survive a Rule 12(b)(6) motion. Plaintiff's Amended Complaint does not allege sufficient facts to state a claim for tortious interference against Defendant C. Meade Amory and their Motion for Leave to Amend the Complaint is futile, therefore Defendant C. Meade Amory joins in and adopts the Memorandum in Support filed by co-defendant L.D. Amory and Company, Incorporated, and Quinby J. Amory

in ECF no. 65 in support of this motion.

Respectfully Submitted,

C. MEADE AMORY

By: _____/s/_____
           Nicholas R. Hobbs

Nicholas R. Hobbs, Esq., VSB No. 71083
Michael B. Ware, Esq., VSB No. 25401
SCHEMPF & WARE
4000 George Washington Memorial Highway
Yorktown, VA 23692
757-240-4000 Telephone
757-2404001 Facsimile
nhobbs@4000law.com
mware@4000law.com
*Counsel for Defendant C. Meade Amory*

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of September, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following CM/ECF participants, and a true copy by facsimile to counsel:

Jason Eli Ohana, Esq.
Wilcox & Savage
Wells Fargo Center
440 Monticello Ave
Suite 200
Norfolk, VA 23510
757-628-5500 phone
757-628-5566 fax
johana@wilsav.com

*Counsel for Troy D. Dwyer*

Cyrus Wiley Grandy, Esq.
James L. Chapman, IV
Crenshaw Ware & Martin
150 West Main Street
Suite 1500
Norfolk, VA 23510
757-623-3000 phone
757-623-5735 fax
cwgrandy@cwm-law.com

*Counsel for L.D. Amory and Company, Inc.*

By: _____/s/_____
Nicholas R. Hobbs
SCHEMPF & WARE
4000 George Washington Memorial Highway
Yorktown, VA 23692
757-240-4000 Telephone
757-2404001 Facsimile
nhobbs@4000law.com
mware@4000law.com
*Counsel for Defendant C. Meade Amory*