UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division
In Admiralty

| | |
|---|---|
| TROY D. DWYER, derivatively on Behalf of Quinby Allie, LLC and Bella Sky, LLC, and<br><br>TROY D. DWYER, individually,<br><br>   Plaintiffs<br><br>  v.<br><br>L.D. AMORY AND COMPANY, INCORPORATED, QUINBY J. AMORY, C. MEADE AMORY, QUINBY ALLIE, LLC and BELLA SKY, LLC,<br><br>   Defendants. | Civil Action No. 4:21-cv-37 |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND THE COMPLAINT**

Plaintiffs, with the consent of Defendants L.D. Armory and Company, Incorporated, Quinby J. Amory, C. Meade Amory, Quinby Allie, LLC and Bella Sky, LLC, move the Court to enlarge the current briefing deadline for Plaintiffs' Reply in Support of its Motion for Leave to Amend the Complaint (ECF No. 62) by eight (8) days. Under the current briefing schedule, Plaintiffs' deadline to file its Reply in Support is tomorrow, September 15, 2022. However, a family medical emergency has kept lead counsel for the Plaintiffs out of the office this week and with very limited availability to attend to work matters. Thus, a short extension will aid Plaintiffs' counsel in providing additional time to properly evaluate and respond to the contentions and arguments in Defendants' Opposition to Motion for Leave to Amend the Complaint.

The undersigned has conferred with Defendants' counsel, who have graciously consented to Plaintiffs' enlargement request. Under the enlarged briefing period, Plaintiffs Reply deadline will fall on September 23, 2022.

For the above reasons, and with the consent of Defendants' counsel, Plaintiffs request that the Court GRANT his Motion to enlarge the briefing period by eight (8) additional days.

Dated: September 14, 2022

Respectfully submitted,
**TROY D. DWYER**, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually,

By:  /s/ *Julia A. Rust*
     Of Counsel

Julia A. Rust, Esq. (VSB No.: 87270)
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone: (757) 216-0226
Facsimile: (757) 257-0387
julia@piercemccoy.com

and

By:  /s/ *Kirby L. Aarsheim*
     Of Counsel, *Pro Hac Vice*

Kirby L. Aarsheim
BBO No.: 678774
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 109
Salem, MA 01970
Telephone: (978) 744-8918
Facsimile: (978) 666-0383
kaarsheim@fsofirm.com

*Counsel for Troy D. Dwyer, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually*

**CERTIFICATE OF SERVICE**

  I hereby certify on this 14th day of September 2022, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following:

Cyrus Wiley Grandy, Esq.
James L. Chapman, IV, Esq.
Crenshaw Ware & Martin, PLC
150 West Main Street, Suite 1500
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
cwgrandy@cwm-law.com
jchapman@cwm-law.com
*Counsel for L.D. Amory and Company, Inc.*
*and Quinby J. Amory*

Mary Elisa Reeves (admitted *pro hac vice*)
Reeves McEwing LLP
1004 S. Front Street
Philadelphia, PA 19147
Telephone: (267) 324-3773
Facsimile: (267) 519-9463
reeves@lawofsea.com
*Co-Counsel for L.D. Amory and Company, Inc.*
*and Quinby J. Amory*

Nicholas R. Hobbs, Esq.
Robert P. Stenzhorn, Esq.
Michael B. Ware, Esq.
Schempf & Ware, PLLC
4000 George Washington Memorial Hwy
Yorktown, VA 23692
Telephone: (757) 240-4000
Facsimile: (757) 240-4001
nhobbs@4000law.com
rstenzhorn@4000law.com
mware@4000law.com
*Counsel for C. Meade Amory*

                /s/ *Julia A. Rust*
                Julia A. Rust, Esq.