IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

**TROY D. DWYER,** *et al.*

                        **Plaintiffs,**

               **v.**                           **Civil No: 4:21-cv-00037-AWA-RJK**

**L.D. AMORY AND COMPANY,
INCORPORATED,** *et al.*

                        **Defendants.**

## REQUEST FOR ORAL ARGUMENT

Defendants, L.D. Amory and Company Incorporated and Quinby J. Amory, by and through counsel, hereby request that the Court permit oral argument on Plaintiffs' Motion for Leave to Amend Complaint Against All Defendants (D.E. 62-00). This motion has been fully briefed and is ripe for decision.

Dated: September 27, 2022                      */s/ C. Wiley Grandy*
                                                       James L. Chapman, IV, VSB No. 21983
                                                       C. Wiley Grandy, VSB No. 82154
                                                       CRENSHAW, WARE & MARTIN, P.L.C.
                                                       150 W. Main Street, Suite 1923
                                                       Norfolk, Virginia 23510
                                                       Telephone: (757) 623-3000
                                                       Facsimile: (757) 623-5735
                                                       jchapman@cwm-law.com
                                                      cwgrandy@cwm-law.com

                                                      and

                                                     Mary Elisa Reeves (admitted *pro hac vice*)
                                                     Reeves McEwing LLP
                                                     1004 S. Front Street
                                                     Philadelphia, PA 19147
                                                     Telephone: (267) 324-3773
                                                     Facsimile: (267) 519-9463
                                                     reeves@lawofsea.com

*Counsel for Defendants L.D. Amory and
Company, Incorporated and Quinby J. Amory*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of September 2022, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel or record.

                                                */s/ C. Wiley Grandy*