IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

| | |
|---|---|
| **TROY D. DWYER,** *et al*. | |
| **Plaintiffs,** | |
| v. | Civil No: 4:21-cv-00037-AWA-RJK |
| **L.D. AMORY AND COMPANY, INCORPORATED,** *et al*. | |
| **Defendants.** | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Defendants, L.D. Amory and Company Incorporated and Quinby J. Amory, by counsel, respectfully moves the Court for leave for C. Wiley Grandy to withdraw as counsel of record for the Defendant. Mr. Grandy is leaving the law firm of Crenshaw, Ware & Martin, P.L.C. James L. Chapman, IV of Crenshaw, Ware & Martin, P.L.C. and Mary Elisa Reeves of Reeves McEwing LLP (admitted *pro hac vice*) will remain counsel of record and continue to represent the Defendants. No party will be prejudiced as a result of Mr. Grandy's withdrawal. A proposed Order is attached hereto.

Dated: September 29, 2022

                 /s/ C. Wiley Grandy
              James L. Chapman, IV, VSB No. 21983
              C. Wiley Grandy, VSB No. 82154
              CRENSHAW, WARE & MARTIN, P.L.C.
              150 W. Main Street, Suite 1923
              Norfolk, Virginia 23510
              Telephone: (757) 623-3000
              Facsimile: (757) 623-5735
              jchapman@cwm-law.com
              cwgrandy@cwm-law.com

              and

        Mary Elisa Reeves (admitted *pro hac vice*)
        Reeves McEwing LLP
        1004 S. Front Street
        Philadelphia, PA 19147
        Telephone: (267) 324-3773
        Facsimile: (267) 519-9463
        reeves@lawofsea.com
        *Counsel for Defendants L.D. Amory and*
        *Company, Incorporated and Quinby J. Amory*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on this 29th day of September 2022, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel or record.

                */s/ C. Wiley Grandy*