IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

| | |
|---|---|
| **TROY D. DWYER,** *et al*. <br><br> **Plaintiffs,** <br><br> v. <br><br> **L.D. AMORY AND COMPANY, INCORPORATED,** *et al*. <br><br> **Defendants.** | Civil No: 4:21-cv-00037-AWA-RJK |

**[PROPOSED]**

**ORDER GRANTING MOTION**
**FOR LEAVE TO WITHDRAW AS COUNSEL**

THIS MATTER is before the Court on a motion for C. Wiley Grandy, Esquire to be withdrawn as counsel for defendants L.D. Amory and Company Incorporated and Quinby J. Amory. Upon due consideration, the motion is GRANTED and it is hereby ORDERED that Mr. Grandy's appearance as counsel for Defendants is withdrawn. He need not be served with any further pleadings, motions, or other papers in this action. The Clerk is directed to remove C. Wiley Grandy as counsel of record for L.D. Amory and Company Incorporated and Quinby J. Amory and from the Court's Electronic Notification System for this case.

It is so **ORDERED**.

ENTERED: _____    _____
                                                                                    United States District Court Judge