UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

**TROY D. DWYER, derivatively on**
**Behalf of Quinby Allie, LLC and**
**Bella Sky, LLC,**

and  Civil No: 4:21-cv-37

**TROY D. DWYER, individually,**

    Plaintiffs,
v.

**L.D. AMORY AND COMPANY, INCORPORATED,**
a Virginia corporation,

**QUINBY J. AMORY,**

and

**C. MEADE AMORY,**

    Defendants, and

**QUINBY ALLIE, LLC**,
a Virginia limited liability company,

and

**BELLA SKY, LLC**,
a Virginia limited liability company,

    **Nominal Defendants**.

### PLAINTIFFS' INITIAL RULE 26(a)(1) DISCLOSURES

Plaintiffs, Troy D. Dwyer, individually and derivatively on behalf of Quinby Allie, LLC and Bella Sky, LLC, by their undersigned counsel, submit their Expert Designations pursuant the Scheduling Order dated August 29, 2022:

I. **RETAINED EXPERTS PURSUANT TO RULE 26(A)(2)(B) AND FED. R. EVID. 702**

1. E. Wayne Bostain, CPA
   120 S. Lynnhaven Road, Suite 203
   Virginia Beach, VA 23452
   757-486-6767

   E. Wayne Bostain is a certified forensic accountant and his field of expertise is forensic accounting. His expert disclosures pursuant to Rule 26 will be produced on December 7, 2022.

2. Capt. Bob Conrad
   PO Box 918
   Waitsfield, VT 05673
   860-662-0280

   Bob Conrad is an experienced commercial fisherman and captain as well as commercial fishing vessel owner. He is an expert in commercial fishing vessel operations and income. His expert report pursuant to Rule 26 will be produced on December 7, 2022.

II. **EXPERTS WHO MAY PROVIDE TESTIMONY PURSUANT TO RULE 26(A)(2)(C) AND FED. R. EVID. 701**

1. Troy Dwyer
   Quinby Allie, LLC
   Bella Sky, LLC
   c/o Counsel

   Troy Dwyer is the co-owner/manager of Quinby Allie, LLC and Bella Sky, LLC as well as vessel manager of F/V QUINBY ALLIE and F/V BELLA SKY. He has worked as a captain onboard many other commercial fishing vessels and has owned sixteen [16] commercial fishing vessels during his career. He is an experienced commercial fisherman and an expert in commercial fishing vessel operations and income.

2. Capt. Brad Horrell
   Captain of F/V QUINBY ALLIE
   641 Mountain Haven Drive
   Mars Hill, NC 28754

   Capt. Horrell was the captain of F/V QUINBY ALLIE, as well as many other fishing vessels, and also previously owned his own commercial fishing vessel. Capt. Horrell presently serves as a captain onboard F/V MISS LESLIE. He is an experienced

commercial fisherman and an expert in commercial fishing vessel operations and income.

        Respectfully submitted,

        Plaintiffs, Troy Dwyer, Bella Sky, LLC and Quinby Allie, LLC

        By:   /s/ *Julia A. Rust*
              Of Counsel

        Julia A. Rust, Esq. (VSB No.: 87270)
        PIERCE MCCOY, PLLC
        101 West Main Street, Suite 101
        Norfolk, Virginia 23510
        Telephone: (757) 216-0226
        Facsimile: (757) 257-0387
        julia@piercemccoy.com

        and

        By:   /s/ *Kirby L. Aarsheim*
              Of Counsel, *Pro Hac Vice*

        Kirby L. Aarsheim
        BBO No.: 678774
        FARRELL SMITH O'CONNELL AARSHEIM APRANS LLP
        27 Congress Street, Suite 109
        Salem, MA 01970
        Telephone: (978) 744-8918
        Facsimile: (978) 666-0383
        e-mail: kaarsheim@fsofirm.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorneys of record for each party by email on November 7, 2022.

        /s/ Julia A. Rust
        Julia A. Rust