# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
## NEWPORT NEWS DIVISION
### In Admiralty

| | |
|---|---|
| **TROY D. DWYER,** *et al.* | |
| **Plaintiffs,** | |
| v. | Civil No: 4:21-cv-00037-AWA-RJK |
| **L.D. AMORY AND COMPANY, INCORPORATED,** *et al.* | |
| **Defendants.** | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that K. Barrett Luxhoj, an attorney with the law firm of Crenshaw, Ware and Martin, P.L.C., and a member in good standing of the United States District Court for the Eastern District of Virginia and the bar of the Supreme Court of Virginia, hereby enters an appearance on behalf of defendants L.D. Amory and Company, Inc. and Quinby J. Amory in this matter.

Dated: November 17, 2022

                                               */s/ K. Barret Luxhoj*
James L. Chapman, IV, VSB No. 21983
K. Barrett Luxhoj, VSB No. 86302
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
*Counsel for Defendants L.D. Amory and Company, Incorporated and Quinby J. Amory*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November 2022, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to the following:

David N. Ventker, Esquire
Marissa M. Henderson, Esquire
VENTKER HENDERSON PLLC
256 W. Freemason Street
Norfolk, Virginia 23510
dventker@ventkerlaw.com
mhenderson@ventkerlaw.com
*Counsel for Plaintiffs*

Robert P. Stenzhorn, Esquire
Michael Bruce Ware, Esquire
SCHEMPF & WARE, PLLC
4000 George Washington Memorial Hwy
Yorktown, Virginia 23692
rstenzhorn@4000law.com
mware@4000law.com
*Counsel for Defendant C. Meade Amory*

         /s/ K. Barrett Luxhoj          
James L. Chapman, IV, VSB No. 21983
K. Barrett Luxhoj, VSB No. 86302
CRENSHAW, WARE & MARTIN, P.L.C.
150 W. Main Street, Suite 1923
Norfolk, Virginia 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
kbluxhoj@cwm-law.com
*Counsel for Defendants L.D. Amory and Company, Incorporated and Quinby J. Amory*