UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

**TROY D. DWYER, derivatively on
Behalf of Quinby Allie, LLC and
Bella Sky, LLC,**

**and**                                                                                         Civil No: 4:21-cv-37

**TROY D. DWYER, individually,**

    Plaintiffs,

v.

**L.D. AMORY AND COMPANY, INCORPORATED, et. al.**

**AGREED ORDER EXTENDING DISCOVERY CUTOFFS**

    ON THIS DAY came the Parties, by counsel, upon the Parties' joint motion to extend discovery cutoffs and Trial.

    The Court, being duly advised of the premises and otherwise finding it proper to do so, hereby ORDERS as follows:

1. Expert disclosures outlined in Rule 26(a)(2)(B) moved to **April 10, 2023**.

2. Rule 702, 703 or 705 disclosures intended solely to respond to, contradict or rebut evidence made on **May 8, 2023.**

3. Any rebuttal disclosures by a party bearing the initial burden of proof shall be made on **May 22, 2023.**

4. Discovery, except as to expert witnesses, shall be completed by all parties by **May 15, 2023.**

5. All expert discovery concluded on or before **June 30, 2023**.

6. All dispositive motions, including summary judgment motions in this action must be filed no later than **July 14, 2023.**

7. Responses to summary judgment motions are due on **August 9, 2023** and replies due on **August 18, 2023**.

8. All Rule 26(a)(3) Disclosures (witness lists), proposed exhibit lists and motions in limine must be exchanged on or before **September 28, 2023**.

9. All objections and responses to trial documents no later than **October 12, 2023.**

10. A Final Pretrial Conference on **October 19, 2023.**

11. Trial Exhibits and *voir dire* due to Clerk and opposing party on or before **October 27, 2023**.

12. Trial to commence on **November 7, 2023**.

ENTER:_____
Judge

DATE: _____

**WE ASK FOR THIS:**

**TROY D. DWYER**, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually,

By:    /s/ *Julia A. Rust*
       Of Counsel

Julia A. Rust, Esq. (VSB No.: 87270)
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone: (757) 216-0226
Facsimile: (757) 257-0387
julia@piercemccoy.com

and

By:    /s/ *Kirby L. Aarsheim*
       Of Counsel, *Pro Hac Vice*

Kirby L. Aarsheim
BBO No.: 678774
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 109
Salem, MA 01970
Telephone: (978) 744-8918
Facsimile: (978) 666-0383
e-mail: kaarsheim@fsofirm.com

*Counsel for Troy D. Dwyer, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually*

AND

  /s/ *K. Barrett Luxhoj*
James L. Chapman, IV, Esq.
K. Barrett Luxhoj, Esq.
Crenshaw Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, VA 23510
Telephone: (757) 623-3000

3

Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for L.D. Amory and Company, Inc. and Quinby J. Amory*

AND

    /s/ *Mary Elisa Reeves*
Mary Elisa Reeves (admitted *pro hac vice*)
Reeves McEwing LLP
1004 S. Front Street
Philadelphia, PA 19147
Telephone: (267) 324-3773
Facsimile: (267) 519-9463
reeves@lawofsea.com
*Co-Counsel for L.D. Amory and Co., Inc. and Quinby J. Amory*

AND

    /s/ *Nicholas R. Hobbs*
Nicholas R. Hobbs, Esq.
Michael B. Ware, Esq.
Schempf & Ware, PLLC
4000 George Washington Memorial Hwy
Yorktown, VA 23692
Telephone: (757) 240-4000
Facsimile: (757) 240-4001
nhobbs@4000law.com
mware@4000law.com
*Counsel for C. Meade Amory*