UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

**TROY D. DWYER, derivatively on
Behalf of Quinby Allie, LLC and
Bella Sky, LLC,**

**and**                                                                                           Civil No: 4:21-cv-37

**TROY D. DWYER, individually,**

    Plaintiffs,

v.

**L.D. AMORY AND COMPANY, INCORPORATED, et. al.**

**AGREED ORDER EXTENDING DISCOVERY CUTOFFS**

ON THIS DAY came the Parties, by counsel, upon the Parties' joint motion to extend discovery cutoffs and Trial.

The Court, being duly advised of the premises and otherwise finding it proper to do so, hereby ORDERS as follows:

1. Expert disclosures outlined in Rule 26(a)(2)(B) moved to **April 10, 2023**.

2. Rule 702, 703 or 705 disclosures intended solely to respond to, contradict or rebut evidence made on **May 8, 2023.**

3. Any rebuttal disclosures by a party bearing the initial burden of proof shall be made on **May 22, 2023.**

4. Discovery, except as to expert witnesses, shall be completed by all parties by **May 15, 2023.**

5. All expert discovery concluded on or before **June 30, 2023**.

6.  All dispositive motions, including summary judgment motions in this action must be filed no later than **July 14, 2023.**

7.  Responses to summary judgment motions are due on **August 9, 2023** and replies due on **August 18, 2023**.

8.  All Rule 26(a)(3) Disclosures (witness lists), proposed exhibit lists and motions in limine must be exchanged on or before **September 28, 2023**.

9.  All objections and responses to trial documents no later than **October 12, 2023.**

10. A Final Pretrial Conference on **October 19, 2023.**

11. Trial Exhibits and *voir dire* due to Clerk and opposing party on or before **October 27, 2023**.

12. Trial to commence on **November 7, 2023**.

ENTER: *Arenda L. Wright Allen*
Judge

DATE:  December 16, 2022