UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

TROY D. DWYER, et al.,

        Plaintiffs,

v.                                                  Action No. 4:21cv37

L. D. AMORY AND COMPANY,
INCORPORATED, et al.,

        Defendants.

## SETTLEMENT CONFERENCE ORDER

The settlement conference originally scheduled for Monday, January 9, 2023, ECF No. 73, has been postponed per the request of counsel. The parties are directed to reach out to Brittney Titus at 757-222-7228, to schedule a new date for the settlement conference.

The Clerk shall mail a copy of this Settlement Conference Order to all counsel of record.

                                                              /s/
                                                       Robert J. Krask
                                                   United States Magistrate Judge
                                                       Robert J. Krask
                                             UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
January 6, 2023