UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

TROY D. DWYER, et al.,

                Plaintiffs,

v.                                                 Action No. 4:21cv37

L. D. AMORY AND COMPANY,
INCORPORATED, et al.,

                Defendants.

## AMENDED SETTLEMENT CONFERENCE ORDER

This case has been referred to the undersigned for a settlement conference. At the request of counsel, the settlement conference previously scheduled for January 9, 2023, will now take place at **9:30 a.m. on February 24, 2023**. Accordingly, counsel are directed to **submit a brief memorandum of five pages or less directly to the chambers of the undersigned (do not file in the clerk's office) by noon on February 17, 2023**. Do not serve a copy of the memorandum on the opposing party unless you wish to disclose your settlement position. **The memorandum can be emailed to:**

        Robert_Krask@vaed.uscourts.gov

        Jacqueline_McIntyre@vaed.uscourts.gov and

        Gabrielle_Motsinger@vaed.uscourts.gov.

The Clerk shall mail a copy of this Amended Settlement Conference Order to all counsel of record.

/s/
_____
Robert J. Krask
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia
January 19, 2023