**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**NEWPORT NEWS DIVISION**
In Admiralty

| | |
|---|---|
| **TROY D. DWYER,** *et al.* | |
| **Plaintiffs,** | |
| **v.** | **Civil No: 4:21-cv-00037-AWA-RJK** |
| **L.D. AMORY AND COMPANY,** **INCORPORATED,** *et al.* | |
| **Defendants.** | |

.

**DEFENDANT QUINBY J. AMORY'S MOTION TO DISMISS,**
**OR IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT**

COMES NOW Defendant Quinby J. Amory, by counsel, pursuant to Rule 56 of the Federal

Rules of Civil Procedure and Local Rule 56, and hereby moves this Honorable Court for dismissal

of the Complaint, or in the alternative, enter Summary Judgment in her favor.  The grounds and

authorities in support of this Motion are more fully set forth in the accompanying Memorandum

in Support submitted herewith.


Dated: January 27, 2023


                     */s/ K. Barrett Luxhoj*
                  James L. Chapman, IV, VSB No. 21983
                  K. Barrett Luxhoj, VSB No. 86302
                  CRENSHAW, WARE & MARTIN, P.L.C.
                  150 W. Main Street, Suite 1923
                  Norfolk, Virginia 23510
                  Telephone: (757) 623-3000
                  Facsimile: (757) 623-5735
                  jchapman@cwm-law.com
                  kbluxhoj@cwm-law.com


                  and

Mary Elisa Reeves (admitted *pro hac vice*)
Reeves McEwing LLP
1004 S. Front Street
Philadelphia, PA 19147
Telephone: (267) 324-3773
Facsimile: (267) 519-9463
reeves@lawofsea.com
*Counsel for Defendants L.D. Amory and*
*Company, Incorporated and Quinby J. Amory*


## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January 2023, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel or record.


_____*/s/ K. Barrett Luxhoj*_____