UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
MAR 1 2 2021
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| L. D. AMORY AND COMPANY, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | IN ADMIRALTY |
| v. ) | |
| ) | Case No.: 4:21cv24 |
| F/V BELLA SKY O.N. 580932, ALL OF HER ) | |
| ENGINES, TACKLE, ACCESSORIES, ) | |
| FISHING PERMITS, FURNISHINGS, ) | |
| EQUIPMENT, FREIGHTS AND ) | |
| APPURTENANCES, *in rem*, ) | |
| ) | |
| and ) | |
| ) | |
| F/V QUINBY ALLIE O.N. 507438, AND ALL ) | |
| OF HER ENGINES, TACKLE, ACCESSORIES, ) | |
| FISHING PERMITS, FURNISHINGS, ) | |
| EQUIPMENT, FREIGHTS and ) | |
| APPURTENANCES, *in rem*, BELLA SKY, LLC,) | |
| QUINBY ALLIE, LLC, TROY D. DWYER, *and* ) | |
| CHARLES MEADE AMORY, *in personam*, ) | |
| ) | |
| Defendants. ) | |

VERIFICATION

I, Quinby J. Amory, declare under penalty of perjury under the laws of the United States and the State of Virginia as follows:

1. I, the undersigned, am the President of L. D. Amory and Company, Inc., of Hampton, Virginia.

2. I certify I have read the foregoing Verified Complaint *In Rem* and *In Personam*, and know its contents.

3. The matters stated in the Complaint are true of my own knowledge and belief except as to those matters stated on information and belief, and as to those matters, I believe them to be true.

SIGNED UNDER THE PENALTIES OF PERJURY this 10th day of March 2021.

*[signature]*
Quinby J. Amory, President
**L. D. Amory and Company, Inc.**