EMAILED Batch #: 87262600 / Doc #: 2 / File Date: 2/24/2021 11:29:00 AM

## NOTICE OF CLAIM OF LIEN

The following instrument is a Notice of Claim against the vessel **QUINBY ALLIE** Official Number **507438**.

The vessel is owned by **QUINBY ALIE, LLC**, whose address is 101 S. King St., Hampton, VA 23669.

The Claim of Lien is made by **L.D. AMORY & COMPANY, INC.,** whose address is 101 S. King St., Hampton, VA 23669.

The lien is claimed to secure payment for <u>necessaries</u> provided to **QUINBY ALLIE**. The lien arose on multiple dates, beginning on <u>September 21, 2012</u> THROUGH 1/31/21.

The amount claimed under this lien is **$591,131.80** with interest accruing and costs sustained.

There is one preferred mortgage on the **QUINBY ALLIE**, granted by **BRANCH BANKING AND TRUST COMPANY** whose address is 737 J Clyde Morris Blvd., Newport News, VA 23601-1538 in the amount of **$875,000.00** filed on June 13, 2019 at 3:35:00 p.m., in Batch No.: 63828300, with Doc ID No.: 7 filed with The Department of Homeland Security - U.S. Coast Guard National Documentation Center.

Copies of this Notice have been sent to **QUINBY ALLIE, LLC** and **BRANCH BANKING AND TRUST COMPANY** by Certified Mail Return Receipt to both addresses noted above.

This Notice of Claim of Lien was executed on the 19th day of February 2021.

I CERTIFY that the information contained in this Notice of Claim of Lien is true and correct to the best knowledge, information and belief.

Quinby J. Amory, President
L. D. Amory & Company, Inc.

STATE OF VIRGINIA:

ss

CITY OF HAMPTON:

On the 19th day of February, 2021, before me the subscriber, a notary public of the State of Virginia, personally appeared Quinby J. Amory, known to me to be the person mentioned in this Notice of Claim of Lien, who stated that he/she fully understands the meaning and effect of this Notice of Claim of Lien, that he/she is authorized to execute this document on behalf of L. D. Amory & Company, Inc.; that all averments made in this Notice of Claim of Lien are true and correct; and who voluntarily executed this document in my presence, acknowledging it as his/her act and deed, and expressed his/her desire that it be recorded as such.

WITNESS MY HAND AND SEAL THE DAY AND YEAR AFORESAID

Feb 19, 2021

Donna M Ridge

July 31, 2091