# Exhibit X



**Mary E. Reeves, Esquire**
reeves@lawofsea.com
**Brian McEwing, Esquire**
McEwing@lawofsea.com
**Reply To Dorchester**

**10 Andrews La., PO BOX 599**
**Dorchester, NJ 08316**
**Tele: 609-846-4717**
**Fax: 609-884-4378**

November 15, 2021

*Via Email Only*
NVDC.PDF.FILING@uscg.mil

USCG – NVDC
792 T J Jackson Dr.
Falling Waters, WV 25419

      **Re: BELLA SKY, O.N. 580932**

Dear Sir or Madam,

    Attached hereto please find an Amended Notice of Claim of Lien submitted for filing for the above named vessel.  Also attached is a credit card authorization form authorizing payment in the amount of $8.00 for the single page filing.

    The lien arose, per the original filing, on multiple dates, the last date being January 31, 2021. Kindly place the Notice of record and return a filed copy to this office.

                        Respectfully submitted,

                        Reeves McEwing LLP

                        Brian McEwing

Enclosures

---

**WWW.LAWOFSEA.COM**

**Philadelphia Office: 1004 S. Front Street, Philadelphia, PA 19147 Tele: 267-324-3773 Fax: 267-519-9463**

## AMENDED NOTICE OF CLAIM OF LIEN

The following instrument is an amendment to the Notice of Claim of Lien filed on February 24, 2021 at Batch #:87262600/Doc #: 6, against the vessel **BELLA SKY** Official Number **580932**.

The vessel is owned by **BELLA SKY, LLC**, whose address is 101 S. King St., Hampton, VA 23669.

The Claim of Lien is made by **L.D. AMORY & COMPANY, INC.**, whose address is 101 S. King St., Hampton, VA 23669.

The lien is claimed to secure payment for necessaries provided to **BELLA SKY**. The lien arose on multiple dates, beginning in 2018 through January 11, 2021.

The amount claimed under this lien is **$202,101.407** with interest accruing and costs sustained.

There is one preferred mortgage on the **BELLA SKY**, granted by **BRANCH BANKING AND TRUST COMPANY** whose address is 737 J Clyde Morris Blvd., Newport News, VA 23601-1538 in the amount of **$499,175.00** filed on April 6, 2017 at 4:05:00 p.m. at Batch No.: 43210500, with Doc ID No.: 6 filed with The Department of Homeland Security - U.S. Coast Guard National Documentation Center.

Copies of this Notice have been sent to **BELLA SKY, LLC** and **BRANCH BANKING AND TRUST COMPANY** by Certified Mail Return Receipt to both addresses noted above.

This Amended Notice of Claim of Lien was executed on the 14 day of November 2021.

I CERTIFY that the information contained in this Amended Notice of Claim of Lien is true and correct to the best knowledge, information and belief.

_____
Quinby J. Amory, President
L. D. Amory & Company, Inc.

STATE OF VIRGINIA:
                                ss
CITY OF HAMPTON:

On the 14 day of Nov 2021, before me the subscriber, a notary public of the State of Virginia, personally appeared Quinby J. Amory, known to me to be the person mentioned in this Notice of Claim of Lien, who stated that he/she fully understands the meaning and effect of this Amended Notice of Claim of Lien, that he/she is authorized to execute this document on behalf of L. D. Amory & Company, Inc.; that all averments made in this Amended Notice of Claim of Lien are true and correct to the best of her knowledge and belief; and who voluntarily executed this document in my presence, acknowledging it as his/her act and deed, and expressed his/her desire that it be recorded as such.

**WITNESS MY HAND AND SEAL THE DAY AND YEAR AFORESAID**

_Antoinette Francis_

*[Notary seal: ANTOINETTE P FRANCIS, COMMONWEALTH OF VIRGINIA, REGISTRATION NO. 7712651, MY COMM EXPIRES 03/31/2026, NOTARY PUBLIC]*

DEPARTMENT OF HOMELAND SECURITY
U.S. Coast Guard
**AUTHORIZATION FOR CREDIT CARD TRANSACTIONS**

OMB No: 1625-0027
Expires: 07/31/2019

**A. DATE**
11-15-2021

**B. FROM**
REEVES MCEWING LLP

**C. TELEPHONE NUMBER**
609-846-4717

**D. VESSEL NAME**
BELLA SKY

**E. HULL IDENTIFICATION # OR OTHER UNIQUE IDENTIFIER** (IF ANY)
580932

**F. CREDIT CARD HOLDER'S NAME**
BRIAN MCEWING

**G. CREDIT CARD NUMBER** (WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS OR DISCOVER)
4 4 3 6 0 3 3 1 1 9 3 2 9 0 9 9

**H. EXPIRATION DATE**
04/22

**I. AMOUNT OF CHARGE**
$8.00

**J. VESSEL USE/ENDORSEMENT** (CHECK ONE)
☐ REC   ☑ COM

**K. OFFICIAL # OR HIN**
580932

**L. INDICATE SERVICE REQUIRED**
Visit our website at http://www.uscg.mil/nvdc for complete Fee Schedule

☐ Application Fees (Initial, Exchange, Return, and Replacement)   Amount $ _____
☐ Certificate of Ownership (CG-1330) Fee $125.00
☐ Copy of General Index or Abstract of Title  Fee $25.00
☐ Certified Copy of Certificate of Documentation w/Seal  Fee $4.00
☐ Deletion Letter $15.00
☐ Bill of Sale $8.00/page
☐ Application for Renewal $26.00
☐ Application for Late Renewal $5.00 (include $26.00 Renewal fee for a total of $31.00)
☑ Other LIEN FILING _____   Amount $ 8.00 _____

### APPLICATION FEES ARE NOT REFUNDABLE (46 CFR 67.500 (E)).

**M. REQUESTOR NAME & ADDRESS**
REEVES MCEWING LLP
10 ANDREWS LANE, PO BOX 599
DORCHESTER, NJ 08316

ATTN: BRIAN MCEWING

**N. TELEPHONE NUMBER**
6098464717

**O. FAX NUMBER**
6098844378

**P. E-MAIL ADDRESS**
MCEWING@LAWOFSEA.COM

**FOR COAST GUARD USE ONLY**

**Q. NAME OF PERSON TAKING REQUEST**

**R. DATE PROCESSED**

**PRIVACY ACT STATEMENT**
1. **AUTHORITY:** 5 U.S.C. 301, DEPARTMENTAL REGULATIONS; 46 U.S.C. CHAPTER 121, DOCUMENTATION OF VESSELS.
2. **PURPOSE:** COLLECT USER FEES FOR SERVICES (E.G. VESSEL DOCUMENTATION, BILL OF SALE, CERTIFICATE OF OWNERSHIP, ETC.) PROVIDED BY THE USCG NATIONAL VESSEL DOCUMENTATION CENTER (NVDC).
3. **ROUTINE USES:** AUTHORIZED USCG PERSONNEL WILL USE THIS DATA TO ASSESS AND ACCOUNT FOR VARIOUS USER FEES CHARGED BY THE NVDC. ANY DISCLOSURES OF DATA WITHIN THIS RECORD WILL BE MADE IN ACCORDANCE WITH DHS/USCG-013, MARINE INFORMATION FOR SAFETY AND LAW ENFORCEMENT (MISLE), 74 FEDERAL REGISTER (FR) 30305, JUNE 25, 2009, AND DHS/ALL-007 ACCOUNTS PAYABLE SYSTEM OF RECORDS, 80 FEDERAL REGISTER (FR) 58286, SEPTEMBER 28, 2015.
4. **CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION:** VOLUNTARY. HOWEVER, NO DOCUMENTATION SERVICE FOR WHICH A FEE IS APPLICABLE WILL BE PERFORMED UNTIL THE APPROPRIATE FEE HAS BEEN PAID, AS PER 46 CFR PART 67.500.

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 5 MINUTES. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR MAKE SUGGESTIONS FOR REDUCING THE BURDEN TO: U.S. COAST GUARD, NATIONAL VESSEL DOCUMENTATION CENTER, 792 T J JACKSON DRIVE, FALLING WATERS, WEST VIRGINIA 25419, OR OFFICE OF MANAGEMENT AND BUDGET, PAPERWORK REDUCTION PROJECT (1625-0027), WASHINGTON, DC 20503.

CG-7042 (08/16)   Previous Edition Obsolete   Page 1 of 1



**Mary E. Reeves, Esquire**
reeves@lawofsea.com
**Brian McEwing, Esquire**
McEwing@lawofsea.com
**Reply To Dorchester**

**10 Andrews La., PO BOX 599**
**Dorchester, NJ 08316**
**Tele: 609-846-4717**
**Fax: 609-884-4378**

November 15, 2021

*Via Email Only*
NVDC.PDF.FILING@uscg.mil

USCG – NVDC
792 T J Jackson Dr.
Falling Waters, WV 25419

    **Re: QUINBY ALLIE, O.N. 507438**

Dear Sir or Madam,

    Attached hereto please find an amended Notice of Claim of Lien submitted for filing for the above named vessel. Also attached is a credit card authorization form authorizing payment in the amount of $8.00 for the single page filing.

    The lien arose, per the original filing, on multiple dates, the last date being January 31, 2021. Kindly place the Notice of record and return a filed copy to this office.

    Respectfully submitted,

    Reeves McEwing LLP

    Brian McEwing

Enclosures

---

**WWW.LAWOFSEA.COM**

**Philadelphia Office: 1004 S. Front Street, Philadelphia, PA 19147 Tele: 267-324-3773 Fax: 267-519-9463**

## AMENDED NOTICE OF CLAIM OF LIEN

The following instrument is an amendment to a Notice of Claim filed on February 24, 2021 at Batch #: 87262600/Doc #: 2 against the vessel **QUINBY ALLIE** Official Number **507438**.

The vessel is owned by **QUINBY ALIE, LLC**, whose address is 101 S. King St., Hampton, VA 23669.

The Claim of Lien is made by **L.D. AMORY & COMPANY, INC.**, whose address is 101 S. King St., Hampton, VA 23669.

The lien is claimed to secure payment for necessaries provided to **QUINBY ALLIE**. The lien arose on multiple dates, beginning on **October 31, 2019 through January 12, 2021.**

The amount claimed under this lien is **$261,685.57** with interest accruing and costs sustained.

There is one preferred mortgage on the **QUINBY ALLIE**, granted by **BRANCH BANKING AND TRUST COMPANY (Now TRUIST Bank)** whose address is 737 J Clyde Morris Blvd., Newport News, VA 23601-1538 in the amount of $998,212.90 filed on October 1, 2019 at 1:49 p.m., in Batch No.: 68025100, with Doc ID No.: 2 filed with The Department of Homeland Security - U.S. Coast Guard National Documentation Center.

Copies of this Amended Notice have been sent to **QUINBY ALLIE, LLC** and **TRUIST Bank**, successor in interest to **BRANCH BANKING AND TRUST COMPANY** by Certified Mail Return Receipt to both addresses noted above.

This Amended Notice of Claim of Lien was executed on the 14 day of November 2021.

I CERTIFY that the information contained in this amended Notice of Claim of Lien is true and correct to the best knowledge, information and belief.

Quinby J. Amory, President
L. D. Amory & Company, Inc.

STATE OF VIRGINIA:
                       ss
CITY OF HAMPTON:

On the 14 day of November, 2021, before me the subscriber, a notary public of the State of Virginia, personally appeared Quinby J. Amory, known to me to be the person mentioned in this Notice of Claim of Lien, who stated that he/she fully understands the meaning and effect of this Amended Notice of Claim of Lien, that he/she is authorized to execute this document on behalf of L. D. Amory & Company, Inc.; that all averments made in this Amended Notice of Claim of Lien are true and correct to the best of her knowledge and information; and who voluntarily executed this document in my presence, acknowledging it as his/her act and deed, and expressed his/her desire that it be recorded as such.

WITNESS MY HAND AND SEAL THE DAY AND YEAR AFORESAID

*Antoinette Francis*

[Notary Seal: ANTOINETTE P FRANCIS, COMMONWEALTH OF VIRGINIA, REGISTRATION NO. 7712651, MY COMM. EXPIRES 03/31/2025, NOTARY PUBLIC]

| | | |
|---|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>U.S. Coast Guard<br>**AUTHORIZATION FOR CREDIT CARD TRANSACTIONS** | | OMB No: 1625-0027<br>Expires: 07/31/2019 |

| A. DATE |
|---|
| 11-15-2021 |

| B. FROM | C. TELEPHONE NUMBER |
|---|---|
| REEVES MCEWING LLP | 609-846-4717 |

| D. VESSEL NAME | E. HULL IDENTIFICATION # OR OTHER UNIQUE IDENTIFIER *(IF ANY)* |
|---|---|
| QUINBY ALLIE | 507438 |

| F. CREDIT CARD HOLDER'S NAME |
|---|
| BRIAN MCEWING |

| G. CREDIT CARD NUMBER *(WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS OR DISCOVER)* | H. EXPIRATION DATE |
|---|---|
| 4 4 3 6 0 3 3 1 1 9 3 2 9 0 9 9 | 04/22 |

| I. AMOUNT OF CHARGE | J. VESSEL USE/ENDORSEMENT *(CHECK ONE)* | K. OFFICIAL # OR HIN |
|---|---|---|
| $8.00 | ☐ REC   ☑ COM | 507438 |

L. INDICATE SERVICE REQUIRED

Visit our website at http://www.uscg.mil/nvdc for complete Fee Schedule

☐ Application Fees *(Initial, Exchange, Return, and Replacement)*   Amount $ _____
☐ Certificate of Ownership (CG-1330) Fee $125.00
☐ Copy of General Index or Abstract of Title  Fee $25.00
☐ Certified Copy of Certificate of Documentation w/Seal  Fee $4.00
☐ Deletion Letter $15.00
☐ Bill of Sale $8.00/page
☐ Application for Renewal $26.00
☐ Application for Late Renewal $5.00 *(include $26.00 Renewal fee for a total of $31.00)*
☑ Other  LIEN FILING  Amount $ 8.00

## *APPLICATION FEES ARE NOT REFUNDABLE (46 CFR 67.500 (E)).*

| M. REQUESTOR NAME & ADDRESS | N. TELEPHONE NUMBER |
|---|---|
| REEVES MCEWING LLP<br>10 ANDREWS LANE, PO BOX 599<br>DORCHESTER, NJ 08316<br><br>ATTN: BRIAN MCEWING | 6098464717 |
| | O. FAX NUMBER |
| | 6098844378 |
| | P. E-MAIL ADDRESS |
| | MCEWING@LAWOFSEA.COM |

### FOR COAST GUARD USE ONLY

| Q. NAME OF PERSON TAKING REQUEST | R. DATE PROCESSED |
|---|---|
| | |

**PRIVACY ACT STATEMENT**

1. **AUTHORITY:** 5 U.S.C. 301, DEPARTMENTAL REGULATIONS; 46 U.S.C. CHAPTER 121, DOCUMENTATION OF VESSELS.
2. **PURPOSE:** COLLECT USER FEES FOR SERVICES (E.G. VESSEL DOCUMENTATION, BILL OF SALE, CERTIFICATE OF OWNERSHIP, ETC.) PROVIDED BY THE USCG NATIONAL VESSEL DOCUMENTATION CENTER (NVDC).
3. **ROUTINE USES:** AUTHORIZED USCG PERSONNEL WILL USE THIS DATA TO ASSESS AND ACCOUNT FOR VARIOUS USER FEES CHARGED BY THE NVDC. ANY DISCLOSURES OF DATA WITHIN THIS RECORD WILL BE MADE IN ACCORDANCE WITH DHS/USCG-013, MARINE INFORMATION FOR SAFETY AND LAW ENFORCEMENT (MISLE), 74 FEDERAL REGISTER (FR) 30305, JUNE 25, 2009, AND DHS/ALL-007 ACCOUNTS PAYABLE SYSTEM OF RECORDS, 80 FEDERAL REGISTER (FR) 58286, SEPTEMBER 28, 2015.
4. **CONSEQUENCES OF FAILURE TO PROVIDE INFORMATION:** VOLUNTARY. HOWEVER, NO DOCUMENTATION SERVICE FOR WHICH A FEE IS APPLICABLE WILL BE PERFORMED UNTIL THE APPROPRIATE FEE HAS BEEN PAID, AS PER 46 CFR PART 67.500.

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 5 MINUTES. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR MAKE SUGGESTIONS FOR REDUCING THE BURDEN TO: U.S. COAST GUARD, NATIONAL VESSEL DOCUMENTATION CENTER, 792 T J JACKSON DRIVE, FALLING WATERS, WEST VIRGINIA 25419, OR OFFICE OF MANAGEMENT AND BUDGET, PAPERWORK REDUCTION PROJECT (1625-0027), WASHINGTON, DC 20503.

CG-7042 (08/16)   Previous Edition Obsolete   Page 1 of 1