IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

**TROY D. DWYER**, *et al*.

           **Plaintiffs,**

    v.

**L.D. AMORY AND COMPANY, INCORPORATED,** *et al*.

           **Defendants.**

Civil No: 4:21-cv-37

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Troy Dwyer, Quinby Allie LLC and Bella Sky LLC ("Plaintiffs"), Defendants L. D. Amory and Company Incorporated ("LD Amory") and Quinby J. Amory ("Mrs. Amory"), and Defendant C. Meade Amory ("Meade"), by their respective counsel, stipulate to the voluntary dismissal of this action against Mrs. Amory, including the claims set forth in the Amended Verified Complaint filed by Plaintiffs (ECF No. 83), with prejudice, with each party bearing its own costs and attorneys' fees. The case will continue as between Plaintiffs and Defendants LDA and Meade.

Dated: April 19, 2023

Respectfully submitted,
**TROY D. DWYER**, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually,

By:    /s/ *Julia A. Rust*
Julia A. Rust, Esq. (VSB No.: 87270)
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone: (757) 216-0226
Facsimile: (757) 257-0387
julia@piercemccoy.com

and

By: /s/ *Kirby L. Aarsheim*
Kirby L. Aarsheim (admitted *pro hac vice*)
BBO No.: 678774
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 109
Salem, MA 01970
Telephone: (978) 744-8918
Facsimile: (978) 666-0383
e-mail: kaarsheim@fsofirm.com

*Counsel for Troy D. Dwyer, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually*

AND

By: /s/ *James L. Chapman*
James L. Chapman, IV, Esq.
K. Barrett Luxhoj, Esq.
Crenshaw Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for L.D. Amory and Company, Inc. and Quinby J. Amory*

and

By: /s/ *Mary Elisa Reeves*
Mary Elisa Reeves (admitted *pro hac vice*)
Reeves McEwing LLP
1004 S. Front Street
Philadelphia, PA 19147
Telephone: (267) 324-3773
Facsimile: (267) 519-9463
reeves@lawofsea.com
*Co-Counsel for L.D. Amory and Co., Inc. and Quinby J. Amory*

AND

2

        By:    /s/ *Nicholas R. Hobbs*
Nicholas R. Hobbs, Esq.
Michael B. Ware, Esq.
Schempf & Ware, PLLC
4000 George Washington Memorial Hwy
Yorktown, VA 23692
Telephone: (757) 240-4000
Facsimile: (757) 240-4001
nhobbs@4000law.com
mware@4000law.com
*Counsel for C. Meade Amory*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of April 2023, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel or record.

        */s/ Julia A. Rust*

3