UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

| | |
|---|---|
| **TROY D. DWYER**, derivatively on Behalf of Quinby Allie, LLC and Bella Sky, LLC, and<br><br>**TROY D. DWYER**, individually,<br><br>PLAINTIFFS,<br><br>v.<br><br>**L.D. AMORY AND COMPANY, INCORPORATED, QUINBY J. AMORY, C. MEADE AMORY, QUINBY ALLIE, LLC and BELLA SKY, LLC,**<br><br>DEFENDANTS. | Civil Action No. 4:21-cv-37 |

## NOTICE OF APPEARANCE

COMES NOW Samuel K. Walsh, Esq. of the law firm Pierce McCoy, PLLC to enter his appearance as counsel of record for the Plaintiffs, Troy D. Dwyer, individually and derivatively on behalf of Quinby Allie, LLC and Bella Sky, LLC, in the above captioned matter.

Respectfully submitted,

**TROY D. DWYER**, derivatively on behalf
of Bella Sky, LLC and Quinby Allie, LLC, and
Individually,

By: /s/ *Samuel K. Walsh*
Julia A. Rust, Esq. (VSB No.: 87270)
Samuel K. Walsh, Esq. (VSB No.: 92591)
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone: (757) 216-0226
Facsimile: (757) 257-0387

        julia@piercemccoy.com
        sam@piercemccoy.com
        *Counsel for Troy D. Dwyer, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of June 2023, I electronically filed the foregoing using the CM/ECF system which will send notification of such filing to all counsel or record.

        */s/ Samuel K. Walsh*