IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION
In Admiralty

| | |
|---|---|
| **TROY D. DWYER,** *et al.* | |
| **Plaintiffs,** | |
| v. | Civil No: 4:21-cv-37 |
| **L.D. AMORY AND COMPANY, INCORPORATED,** *et al.* | |
| **Defendants.** | |

**AGREED ORDER TO TAKE DISCOVERY DEPOSITION OF CYNTHIA TRIPLETT**

ON THIS DAY came the Parties, by counsel, upon the Parties' joint motion to allow the Parties to take the discovery deposition of witness Cynthia Triplett ("Ms. Triplett") after the deadline to complete discovery of June 15, 2023.

The Court, being duly advised of the premises and otherwise finding it proper to do so, hereby ORDERS as follows:

1. The Parties may take the discovery deposition of witness Cynthia Triplett on or before September 30, 2023, or within such reasonable time thereafter if Ms. Triplett is not medically cleared before September 30, 2023.

2. All other deadlines currently set by this Honorable Court, as modified by Court Order, including the November 7, 2023 trial date, will remain as currently scheduled.

ENTERED: _____
Judge

DATE: _____

Dated: June 15, 2023

**WE ASK FOR THIS:**

**TROY D. DWYER**, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually,

By: ___/s/ *Julia A. Rust*_____
Julia A. Rust, Esq. (VSB No.: 87270)
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone: (757) 216-0226
Facsimile: (757) 257-0387
julia@piercemccoy.com

and

By: ___/s/ *Kirby L. Aarsheim*_____
Kirby L. Aarsheim (admitted *pro hac vice*)
BBO No.: 678774
FARRELL SMITH O'CONNELL
AARSHEIM APRANS LLP
27 Congress Street, Suite 109
Salem, MA 01970
Telephone: (978) 744-8918
Facsimile: (978) 666-0383
e-mail: kaarsheim@fsofirm.com

*Counsel for Troy D. Dwyer, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually*

AND

By:___/s/ *Nicholas R. Hobbs*_____
Nicholas R. Hobbs, Esq.
Michael B. Ware, Esq.
Schempf & Ware, PLLC
4000 George Washington Memorial Hwy
Yorktown, VA 23692
Telephone: (757) 240-4000
Facsimile: (757) 240-4001
nhobbs@4000law.com
mware@4000law.com
*Counsel for C. Meade Amory*

2

**SEEN AND NOT OPPOSED:**


By:  /s/ *K. Barrett Luxhoj*
James L. Chapman, IV, Esq.
K. Barrett Luxhoj, Esq.
Crenshaw Ware & Martin, PLC
150 West Main Street, Suite 1923
Norfolk, VA 23510
Telephone: (757) 623-3000
Facsimile: (757) 623-5735
jchapman@cwm-law.com
*Counsel for L.D. Amory and Company, Inc.*

and

By:  /s/ *Mary Elisa Reeves*
Mary Elisa Reeves (admitted *pro hac vice*)
Reeves McEwing LLP
1004 S. Front Street
Philadelphia, PA 19147
Telephone: (267) 324-3773
Facsimile: (267) 519-9463
reeves@lawofsea.com
*Co-Counsel for L.D. Amory and Co., Inc.*