## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Newport News Division

**TROY D. DWYER,**

    Plaintiff,

v.                                                                CIVIL NO.:  4:21-CV-00037-RAJ-RJK

**C. MEADE AMORY**, et als,

    Defendants.

### NOTICE OF SETTLEMENT

COME NOW all parties, through counsel, and provide notice to this Court that the parties have reached a resolution of all pending matters.

A proposed dismissal order is filed herewith.


By: _____/s/_____
Michael B. Ware, Esq.; VSB No.: 25401
Nicholas R. Hobbs.; VSB No.: 71083
SCHEMPF & WARE, PLLC
4000 George Washington Memorial Highway
Yorktown, VA  23692-2724
(757) 240-4000  Telephone
(757) 240-4001  Facsimile
Email: mware@4000law.com
Email: nhobbs@4000law.com
*Counsel for C. Meade Amory*


By:_____/s/_____
Kirby L. Aarsheim  BBO No.: 678774 (admitted *pro hoc vice*)
FARRELL SMITH O'CONNELL  AARSHEIM APRANS LLP
27 Congress Street, Suite 109
Salem, MA 01970
Telephone: (978) 744-8918

Facsimile: (978) 666-0383
e-mail: kaarsheim@fsofirm.com
*Counsel for Troy D. Dwyer, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually*


By: \_\_\_/s/_____
Samuel K. Walsh, Esq. (VSB No.: 92591)
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone: (757) 216-0226
Facsimile: (757) 257-0387
Email: sam@piercemccoy.com
*Counsel for Troy D. Dwyer, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually*