# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Newport News Division

**TROY D. DWYER,**

    Plaintiff,

v.                                             CIVIL NO.: 4:21-CV-00037-RAJ-RJK

**C. MEADE AMORY**, et als,

    Defendants.

## AGREED DISMISSAL ORDER

    THIS CAUSE came to be heard upon joint representation of counsel for the parties that the matter at issue between them as expressed in the pleadings filed in this case have been compromised, agreed, and settled.

    **UPON CONSIDERATION WHEREOF**, it appearing to the Court that the claim set forth in the pleadings filed herein have been compromised, agreed, and settled, and that this case should be dismissed, agreed with prejudice, it is

    **ADJUDGED, ORDERED** and **DECREED** that this case of action be and is hereby dismissed with prejudice.

    The Clerk is **DIRECTED** to mail a copy of this Order to all counsel of record.

    **ENTERED** this _____ day of _____, 2023.

_____
JUDGE

SEEN AND AGREED:


By: _____/s/_____
Michael B. Ware, Esq.; VSB No.: 25401
Nicholas R. Hobbs.; VSB No.: 71083
SCHEMPF & WARE, PLLC
4000 George Washington Memorial Highway
Yorktown, VA  23692-2724
(757) 240-4000  Telephone
(757) 240-4001  Facsimile
Email: mware@4000law.com
Email: nhobbs@4000law.com
*Counsel for C. Meade Amory*


By:_____/s/_____
Kirby L. Aarsheim  BBO No.: 678774 (admitted *pro hoc vice*)
FARRELL SMITH O'CONNELL  AARSHEIM APRANS LLP
27 Congress Street, Suite 109
Salem, MA 01970
Telephone: (978) 744-8918
Facsimile: (978) 666-0383
e-mail: kaarsheim@fsofirm.com
*Counsel for Troy D. Dwyer, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually*


By: \_\_\_/s/_____
Samuel K. Walsh, Esq. (VSB No.: 92591)
PIERCE MCCOY, PLLC
101 West Main Street, Suite 101
Norfolk, Virginia 23510
Telephone: (757) 216-0226
Facsimile: (757) 257-0387
Email: sam@piercemccoy.com
*Counsel for Troy D. Dwyer, derivatively on behalf of Bella Sky, LLC and Quinby Allie, LLC, and Individually*