# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Newport News Division

| | |
|---|---|
| TROY D. DWYER, *derivatively on behalf of* QUINBY ALLIE, LLC AND BELLA SKY, LLC*, et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>C. MEADE ARMORY, *et al*,<br><br>  Defendants. | Case No. 4:21-cv-37 |

## ORDER

The Court is in receipt of the parties' Notice of Settlement (ECF No. 97). The Court construes this as both a Joint Notice of Settlement and Stipulation of Dismissal.

Accordingly, it is hereby **ORDERED** that the claims and demands of Plaintiffs Troy D. Dwyer against Defendant C. Meade Armory set forth in the amended complaint (ECF No. 83) are **DISMISSED WITH PREJUDICE.**

The Clerk is **DIRECTED** to forward a copy of this Order to all counsel of record.

**IT IS SO ORDERED.**

/s/ Jamar K. Walker
United States District Judge

Newport News, Virginia
October 31, 2023